

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2022

No. 04-22-00369-CV

Lavelle **BROWN**,
Appellant/Cross-Appellee

v.

Krista **GILMORE**,
Appellee/ Cross-Appellant

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV00936A
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The Appellee's Unopposed Motion to Substitute Counsel is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court